JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

William R. Pletcher  (212664)
Special Assistant United States Attorney
   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3680
   Fax: (510) 637-3724
   E-Mail: Will.Pletcher@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>    Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PEDRO VELASQUEZ, ) <br> ) <br>    Defendant. ) <br> _____ ) | No. CR10-00423 PJH <br><br> EXCLUSION OF TIME PURSUANT TO THE SPEEDY TRIAL ACT <br><br> Date:   June 2, 2010 <br> Time:   10:00 a..m. <br> Court:  Hon. Donna M. Ryu |

      Defendant Pedro Velasquez appeared at a status conference before the Court on June 2, 2010.  With the agreement of the parties, and with the consent of the defendant, the Court enters this order documenting the exclusion of time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B), from June 2, 2010 to June 23, 2010.  The parties agreed, and the Court found and held, as follows:

      1.    Defendant sought and agreed to the exclusion of time pursuant to the Speedy Trial Act so that defense counsel would have time to investigate and prepare for the trial of this matter, taking into account the exercise of due diligence.

      2.    Given these circumstances, the Court found that the ends of justice served by

ORDER RE: TIME EXCLUSION
CR-10-00423-PJH

excluding the period from June 2, 2010 to June 23, 2010, from Speedy Trial Act calculations outweighs the interests of the public and the defendant in a speedy trial by allowing for the defense to prepare effectively, in accordance with 18 U.S.C. § 3161(h)(7)(A) and (B).

IT IS HEREBY ORDERED that:

With the consent of defendant Pedro Velasquez, the period from June 2, 2010 to June 23, 2010, is excluded from the Speedy Trial Act calculations for effective preparation of counsel and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED

DATED: June 3, 2010

_____
DONNA M. RYU
United States Magistrate Judge

*[GRANTED stamp — Judge Donna M. Ryu, United States District Court, Northern District of California]*

Approved As To Form:

_____/s/_____       _____/s/_____
WILLIAM R. PLETCHER                          NED SMOCK
Special Assistant United States Attorney     Assistant Federal Public Defender
Counsel for United States                    Counsel for Defendant Pedro Velasquez

ORDER RE: TIME EXCLUSION
CR-10-00423-PJH                          -2-