```
JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

William R. Pletcher  (212664)
Special Assistant United States Attorney
    1301 Clay Street, Suite 340S
    Oakland, CA 94612
    Telephone: (510) 637-3680
    Fax: (510) 637-3724
    E-Mail: Will.Pletcher@usdoj.gov

Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br> v. <br> PEDRO VELASQUEZ, <br>     Defendant. | No. CR10-00423 PJH <br><br> [PROPOSED] TIME PURSUANT TO THE SPEEDY TRIAL ACT <br><br> Date:    June 23, 2010 <br> Time:   10:00 a..m. <br> Court:  Hon. Donna M. Ryu |

     Defendant Pedro Velasquez appeared at a status conference before the Court on June 23, 2010.  With the agreement of the parties, and with the consent of the defendant, the Court enters this order documenting the exclusion of time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B), from June 23, 2010 to July 28, 2010.  The parties agreed, and the Court found and held, as follows:

     1.    Defendant sought and agreed to the exclusion of time pursuant to the Speedy Trial Act so that defense counsel would have time to investigate and prepare for the trial of this matter, taking into account the exercise of due diligence.

     2.    Given these circumstances, the Court found that the ends of justice served by

[PROPOSED] ORDER RE: TIME EXCLUSION
CR-10-00423-PJH

excluding the period from June 23, 2010 to July 28, 2010, from Speedy Trial Act calculations outweighs the interests of the public and the defendant in a speedy trial by allowing for the defense to prepare effectively, in accordance with 18 U.S.C. § 3161(h)(7)(A) and (B).

IT IS HEREBY ORDERED that:

With the consent of defendant Pedro Velasquez, the period from June 23, 2010 to July 28, 2010, is excluded from the Speedy Trial Act calculations for effective preparation of counsel and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED

DATED: June 25, 2010

_____
DONNA M. RYU
United States Magistrate Judge

Approved As To Form:

_____/s/_____     _____/s/_____
WILLIAM R. PLETCHER                              ANGELA HANSEN
Special Assistant United States Attorney         Assistant Federal Public Defender
Counsel for United States                        Counsel for Defendant Pedro Velasquez