1   JOSEPH P. RUSSONIELLO (CABN 44332)
    United States Attorney
2
    BRIAN J. STRETCH (CABN 163973)
3   Chief, Criminal Division

4   William R. Pletcher  (212664)
    Special Assistant United States Attorney
5       1301 Clay Street, Suite 340S
        Oakland, CA 94612
6       Telephone: (510) 637-3680
        Fax: (510) 637-3724
7       E-Mail: Will.Pletcher@usdoj.gov

8   Attorneys for Plaintiff

9
                    UNITED STATES DISTRICT COURT
10
                  NORTHERN DISTRICT OF CALIFORNIA
11
                         OAKLAND DIVISION
12

13
    UNITED STATES OF AMERICA,          )    No. CR10-00423 PJH
14                                      )
            Plaintiff,                  )
15                                      )    TIME PURSUANT TO THE SPEEDY
        v.                              )    TRIAL ACT
16                                      )               August 25, 2010
    PEDRO VELASQUEZ,                     )    Date:      June 23, 2010
17                                      )    Time:      10:00 a..m.
            Defendant.                   )    Court:     Hon. Donna M. Ryu
18   _____)

19
            Defendant Pedro Velasquez appeared at a status conference before the Court on August
20
    25, 2010.  With the agreement of the parties, and with the consent of the defendant, the Court
21
    enters this order documenting the exclusion of time pursuant to the Speedy Trial Act, 18 U.S.C.
22
    § 3161(h)(7)(A) and (B), from August 25, 2010 to September 23, 2010.  The parties agreed, and
23
    the Court found and held, as follows:
24
            1.      Defendant sought and agreed to the exclusion of time pursuant to the Speedy Trial
25
    Act so that defense counsel would have time to investigate and prepare for the trial of this
26
    matter, taking into account the exercise of due diligence.
27
            2.      Given these circumstances, the Court found that the ends of justice served by
28

    ORDER RE: TIME EXCLUSION
    CR-10-00423-PJH

1   excluding the period from August 25, 2010 to September 23, 2010, from Speedy Trial Act

2   calculations outweighs the interests of the public and the defendant in a speedy trial by allowing

3   for the defense to prepare effectively, in accordance with 18 U.S.C. § 3161(h)(7)(A) and (B).

4          IT IS HEREBY ORDERED that:

5              With the consent of defendant Pedro Velasquez, the period from August 25, 2010

6   to September 23, 2010, is excluded from the Speedy Trial Act calculations for effective

7   preparation of counsel and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

8

9   IT IS SO ORDERED

10

11  DATED:  August 31, 2010

           DONNA M. RYU

12             United States Magistrate Judge

13

14  Approved As To Form:

15

16        /s/
    WILLIAM R. PLETCHER

17  Special Assistant United States Attorney
    Counsel for United States

18

19

20

21

22

23

24

25

26

27

28